IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

CASE NO: 8:19-CR-181

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANNY MORALES LOPEZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION TO ADOPT ALL MOTIONS
FILED BY CO-DEFENDANTS**

The above-named defendant moves for the entry of an Order permitting the adoption by this defendant of all motions filed by the co-defendants in the above case.

Respectfully submitted,

s/ Jack B. Swerling
JACK B. SWERLING (ID# 4406)
Law Offices of Jack B. Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
(803) 765-2626
Email: jacklaw@aol.com

Attorney for Defendant

Columbia, South Carolina
March 27, 2019